1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

8

9  AMAZON.COM, INC., a Delaware
   corporation; AMAZON.COM SERVICES
10  LLC, a Delaware limited liability company;
    LIFESCAN, INC., a California corporation;
11  and LIFESCAN IP HOLDINGS, LLC, a
    Delaware limited liability company,
12

13              Plaintiff,

14      v.

15  VIKAS GOYAL, an individual; SNEHA
    SAXENA, an individual; RAJENDRA
16  KUMAR AGARWAL, an individual;
    ANSHITA GOSWAMI, an individual;
17  ANINDIYA RAI, an individual; RAJANI
    DEVI, an individual; KAMAL KUMAR
18  ANAND, an individual; VIVEK GUPTA, an
    individual; STRIP POINT LLC, a Colorado
19  limited liability company; VIKASH
    ENTERPRISES, a foreign company; A S
20  HOMES, a foreign company; VOVOA PVT
    LTD., a foreign company; SPARK
21  ENTERPRISES, a foreign company; LUCID
    QUEST LIMITED, a foreign company;
22  DHANLAXMI TRANSPORT COMPANY, a
    foreign company; and DOES 1-10,
23

24              Defendants.

25

26

Case No.: 2:24-cv-00880-RSM

**STIPULATION AND ORDER TO
EXTEND THE TIME FOR
DEFENDANTS TO RESPOND TO
PLAINTIFFS' COMPLAINT**

**NOTE ON MOTION CALENDAR:
Friday, March 21, 2025**

Plaintiffs Amazon.com, Inc, Amazon.com Services LLC, Lifescan, Inc., and Lifescan IP Holdings, LLC, ("Plaintiffs") and Defendants Vikas Goyal, Sneha Saxena, Rajendra Kumar Agarwal, Anshita Goswami, Rajani Devi, Strip Point LLC, Vikash Enterprises, A S Homes, Vovoa Pvt Ltd., Spark Enterprises, and Dhanlaxmi Transport Company (collectively, "Defendants"; Plaintiffs and Defendants, collectively, the "Parties"), by and through their counsel of record, respectfully submit this Stipulation—and respectfully request that the Court enter the subjoined proposed order—to extend the time for Defendants to respond to Plaintiffs' Complaint.

1.    WHEREAS, on June 20, 2024, Plaintiffs filed the Complaint against Defendants in the above-captioned action [Dkt. No. 1].

2.    WHEREAS, on September 25, 2024, a Certificate of Service was filed showing service of Summons, Complaint and Exhibits, and Civil Cover Sheet to Defendant Strip Point [Dkt. No. 9].

3.    WHEREAS, on November 19, 2024 a Certificate of Service was filed showing service of Summons, Complaint and Exhibits, and Civil Cover Sheet to Defendant Vovoa Pvt Ltd. [Dkt. No. 19].

4.    WHEREAS, on November 19, 2024 a Certificate of Service was filed showing service of Summons, Complaint and Exhibits, and Civil Cover Sheet to Defendant Dhanlaxmi Transport Company [Dkt. No. 20].

5.    WHEREAS, on February 28, 2025, Defendant Vikash Enterprises signed a Waiver of the Service of Summons [Dkt. No. 23].

6.    WHEREAS, on February 28, 2025, Defendant Vikash Goyal signed a Waiver of the Service of Summons [Dkt. No. 24].

7.    WHEREAS, on February 28, 2025, Defendant Spark Enterprises signed a Waiver of the Service of Summons [Dkt. No. 25].

8.      WHEREAS, on February 28, 2025, Defendant Sneha Saxena signed a Waiver of the Service of Summons [Dkt. No. 26].

9.      WHEREAS, on February 28, 2025, Defendant Rajendra Kumar Agarwal signed a Waiver of the Service of Summons [Dkt. No. 27].

10.     WHEREAS, on February 28, 2025, Defendant Rajani Devi signed a Waiver of the Service of Summons [Dkt. No. 28].

11.     WHEREAS, on February 28, 2025, Defendant Anshita Goswami signed a Waiver of the Service of Summons [Dkt. No. 29].

12.     WHEREAS, on February 28, 2025, Defendant A S Homes signed a Waiver of the Service of Summons [Dkt. No. 30].

13.     WHEREAS, Defendants' response to Plaintiffs' Complaint was due on January 21, 2025 and extended per email agreement between the Parties to March 20, 2025.

14.     WHEREAS, the Parties have been working cooperatively regarding the early stages of the litigation and are engaged in substantial discussions of the matters at issue in this dispute; and the Parties believe a 30-day extension of Defendants' deadline to respond to the Complaint will further accommodate those discussions.

15.     WHEREAS, this is the first request for an extension of time for Defendants to respond to the Complaint in this matter, and the requested extension is made in good faith and not for the purpose of delay or other procedural advantage.

16.     ACCORDINGLY, the Parties stipulate and respectfully request to extend Defendants' deadline to respond to Plaintiffs' Complaint to April 21, 2025.  A proposed order is subjoined herewith.

1
2       IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD, on this 21st day of
3  March, 2025.
4
5  **BUCHALTER**                       **DAVIS WRIGHT TREMAINE LLP**
    **A Professional Corporation**
6
7  *By:s/Michelle Q. Pham*              *By:s/Lauren Rainwater*
  Michelle Q. Pham, WSBA #44286     Lauren Rainwater, WSBA #43625
8
9  1420 Fifth Avenue, Suite 3100       920 Fifth Avenue, Suite 3300
  Seattle, WA 98101-1337            Seattle, WA 98104
10  Email: mpham@buchalter.com       Email: laurenrainwater@dwt.com
  Telephone: 206.319.7052          Tel: (206) 623-3150
11
12  *Attorneys for Defendants Vikas Goyal,*    *Attorneys for Plaintiffs*
  *Sneha Saxena, Rajendra Kumar Agarwal,*
13  *Anshita Goswami, Rajani Devi, Strip Point*
  *LLC, Vikash Enterprises, A S Homes, Vovoa*
14  *Pvt Ltd., Spark Enterprises, and Dhanlaxmi*
  *Transport Company*
15
16
17
18
19
20
21
22
23
24
25
26

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFFS' COMPLAINT - 4
CASE NO. 2:24-CV-00880-RSM
BN 87804226v2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

## <u>ORDER</u>

**PURSUANT TO THE STIPULATION, IT IS SO ORDERED** that Defendants' deadline to respond to Plaintiffs' Complaint is extended to April 21, 2025.

DATED this 24th day of March, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANTS TO
RESPOND TO PLAINTIFFS' COMPLAINT - 5
CASE NO. 2:24-CV-00880-RSM
BN 87804226v2