UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| AMAZON.COM, INC., a Delaware corporation; AMAZON.COM SERVICES LLC, a Delaware limited liability company; LIFESCAN, INC., a California corporation; and LIFESCAN IP HOLDINGS, LLC, a Delaware limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>VIKAS GOYAL, an individual; SNEHA SAXENA, an individual; RAJENDRA KUMAR AGARWAL, an individual; ANSHITA GOSWAMI, an individual; ANINDIYA RAI, an individual; RAJANI DEVI, an individual; KAMAL KUMAR ANAND, an individual; VIVEK GUPTA, an individual; STRIP POINT LLC, a Colorado limited liability company; VIKASH ENTERPRISES, a foreign company; A S HOMES, a foreign company; VOVOA PVT LTD., a foreign company; SPARK ENTERPRISES, a foreign company; LUCID QUEST LIMITED, a foreign company; DHANLAXMI TRANSPORT COMPANY, a foreign company; and DOES 1-10,<br><br>Defendants. | No. 2:24-cv-00880-RSM<br><br>**ORDER GRANTING PLAINTIFFS'** *EX PARTE* **MOTION FOR ALTERNATIVE SERVICE ON DEFENDANTS KAMAL KUMAR ANAND AND VIVEK GUPTA** |

ORDER GRANTING PLAINTIFFS' *EX PARTE*
MOTION FOR ALTERNATIVE SERVICE - 1

THIS MATTER came before the Court on Plaintiffs' *Ex Parte* Motion for Alternative Service on Kamal Kumar Anand and Vivek Gupta (the "Motion") brought by Plaintiffs Amazon.com, Inc., Amazon.com Services LLC, LifeScan, Inc., and LifeScan IP Holdings, LLC (together, "Plaintiffs"). The Court having considered Plaintiffs' Motion and finding good cause, it is hereby ORDERED:

    1.    Plaintiffs' Motion is **GRANTED**.

    2.    Plaintiffs are authorized to serve Defendant Kamal Kumar Anand at the email address 1npashupati954@gmail.com.

    3.    Plaintiffs are authorized to serve Defendant Vivek Gupta at the email address strippoint92@gmail.com.

SO ORDERED this 2nd day of December, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE